**SAUL EWING ARNSTEIN & LEHR LLP**
Ryan L. DiClemente, Esq.
Kellie A. Lavery, Esq.
650 College Road East, Suite 4000
Princeton, NJ 08540
Ryan.DiClemente@saul.com
Kellie.Lavery@saul.com
T: (609) 452-3100
*Attorneys for Defendants*
*PayPal, Inc. and PayPal Holdings, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br><br>Plaintiff,<br><br>V.<br><br>EQUIFAX, INC., EQUIFAX INFORMATION SERVICES, LLC, AND EQUIFAX CONSUMER SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., SYNCHRONY FINANCIAL, A DELAWARE CORPORATION PAYPAL, INC., PAYPAL HOLDINGS, INC., A DELAWARE CORPORATION,<br><br>Defendants. | Case No. 22-cv-01940-MCA-JBC<br><br><br><br><br><br><br><br><br>**NOTICE OF DEFENDANTS PAYPAL, INC. AND PAYPAL HOLDINGS, INC.'S MOTION TO COMPEL ARBITRATION OR DISMISS IN THE ALTERNATIVE** |

**TO:**   Marc A. Stephens
    271 Rosemont Place
    Englewood, NJ 07631
    Email: marcstephens3@gmail.com
    *Plaintiff Pro Se*

40452799.1

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned shall move, before the District Court Judge for the United States District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order granting Defendants PayPal, Inc. and PayPal Holdings, Inc.'s Motion to Compel Arbitration or in the alternative, Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b) (6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, counsel for Defendants will rely upon the accompanying Brief in Support of this Motion and Certification of Jill Potter submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

**SAUL EWING ARNSTEIN & LEHR LLP**
*Attorneys for Defendants*
*PayPal, Inc and PayPal Holdings, Inc.*


*/s/ Ryan L. DiClemente*
Ryan L. DiClemente, Esq.

Dated: August 29, 2022