**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARC A. STEPHENS, | Case No. 22-cv-01940-MCA-JBC |
| Plaintiff, | |
| V. | |
| EQUIFAX, INC., EQUIFAX INFORMATION SERVICES, LLC, AND EQUIFAX CONSUMER SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., SYNCHRONY FINANCIAL, A DELAWARE CORPORATION PAYPAL, INC., PAYPAL HOLDINGS, INC., A DELAWARE CORPORATION, | **ORDER** |
| Defendants. | |

**THIS MATTER** having come before the Court by Defendants PayPal, Inc. and PayPal Holdings, Inc., by and through their attorneys, on Motion to Compel Arbitration or, in the alternative, to dismiss Plaintiff Marc A. Stephens' Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the submissions in support of the Motion; and the Court having considered opposition, if any; and the Court having heard oral argument, if any; and for good cause shown:

**IT IS** on this _____ day of _____ 2022.

40453364.1

-2-

**ORDERED** that the Motion to Compel Arbitration is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's claims against Defendants PayPal, Inc. and PayPal Holdings, Inc. must be arbitrated pursuant to the terms set forth in the agreement between the parties; and it is further

**ORDERED** that Plaintiff's Complaint against Defendants PayPal, Inc. and PayPal Holdings, Inc. be **DISMISSED**; and it is further

**ORDERED** that in the alternative, Plaintiff's Complaint against Defendants PayPal Inc. and PayPal Holdings, Inc. is **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(6) with prejudice; and it is further

**ORDERED** that a copy of this Order shall be served on all parties by Defendant PayPal, Inc. and PayPal Holdings, Inc.'s counsel within seven (7) days of receipt.

_____

40453364.1