UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| MARC A. STEPHENS,<br><br>Plaintiff,<br><br>V.<br><br>EQUIFAX, INC., EQUIFAX INFORMATION SERVICES, LLC, AND EQUIFAX CONSUMER SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., SYNCHRONY FINANCIAL, A DELAWARE CORPORATION PAYPAL, INC., PAYPAL HOLDINGS, INC., A DELAWARE CORPORATION,<br><br>Defendants. | Case No. 22-cv-01940-MCA-JBC<br><br><br><br>**CERTIFICATION OF SERVICE OF DEFENDANTS PAYPAL, INC. AND PAYPAL HOLDINGS, INC.'S MOTION TO COMPEL ARBITRATION OR DISMISS IN THE ALTERNATIVE** |

I hereby certify that a true and correct copy of the foregoing (1) Notice of Defendants PayPal, Inc. and PayPal Holdings, Inc.'s Motion to Compel Arbitration or in the Alternative, Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6); (2) Memorandum of Law in Support of Motion to Compel Arbitration or Dismiss in the Alternative to Dismiss; (3) Certification of Jill Potter with Exhibits A-C; (4) Proposed Form of Order; and (2) this Certification of Service were filed electronically, and served via overnight mail, and email to the following:

40453308.1

Marc A. Stephens
271 Rosemont Place
Englewood, NJ 07631
Email: marcstephens3@gmail.com
Plaintiff Pro Se

I further certify that the electronic filing of this document constitutes proper service on all counsel of record pursuant to Local Civil Rule 5.2.

**SAUL EWING ARNSTEIN & LEHR LLP**
*Attorneys for Defendants*
*PayPal, Inc. and PayPal Holdings, Inc.*

*/s/ Ryan L. DiClemente*
Ryan L. DiClemente, Esq.

Dated: August 29, 2022