**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., EQUIFAX<br>INFORMATION SERVICES, LLC, AND<br>EQUIFAX CONSUMER SERVICES LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., SYNCHRONY FINANCIAL, a<br>Delaware corporation<br>PAYPAL, INC., PAYPAL HOLDINGS,<br>INC., a Delaware corporation<br>Defendants | CASE NO. 2:22-cv-01940-MCA-JBC<br><br><br>**NOTICE OF APPEAL TO THE<br>U.S. COURT OF APPEALS FOR THE<br>THIRD CIRCUIT** |

Notice is hereby given that, Marc Stephens, plaintiff in above named case, appeals to the UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT from **All Orders** of the UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY, entered in this action including on **February 24, 2023**, Defendants' Motion to Dismiss was GRANTED in part and DENIED in part, ECF 29, **September 11, 2023**, Plaintiff's Motion to Amend the Complaint was DENIED, ECF 56, **October 31, 2023**, Motion to Dismiss was partially GRANTED and partially DENIED, ECF 61, **August 28, 2025**, Defendants' Motion for Summary Judgment was GRANTED, ECF 144, **April 23, 2026**, Plaintiff's motion for reconsideration was DENIED, ECF 152. Pursuant to **Rule 4(a)(4)(A)(iv)**, the time to file an appeal runs for all parties from the entry of the order disposing of the last such remaining motion to alter or amend the judgment under **Rule 59**.

Respectfully Submitted,

Marc Stephens
Plaintiff-appellant, pro se