**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

MARC A. STEPHENS,
Plaintiff,

v.

EQUIFAX, INC., EQUIFAX
INFORMATION SERVICES, LLC, AND
EQUIFAX CONSUMER SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., SYNCHRONY FINANCIAL, a
Delaware corporation
PAYPAL, INC., PAYPAL HOLDINGS,
INC., a Delaware corporation
Defendants

CASE NO. 2:22-cv-01940-MCA-JBC

**MOTION TO PROCEED IN
FORMA PAUPERIS**

**MOTION TO PROCEED IN FORMA PAUPERIS**

Plaintiff, Marc Stephens, in the above-entitled action, move to proceed in forma pauperis

pursuant to 28 U.S.C. § 1915.  Plaintiff is unable to make full prepayment of fees or to give

security therefor, and Plaintiff is entitled to relief.  Plaintiff has not divested himself of any

property, monies, or any items of value for the purpose of avoiding payment of said fees.

Plaintiff is hereby submitting a financial affidavit in support of this motion.  "[R]equiring

payment of court fees and expenses as a condition precedent to obtaining court relief [are]

unconstitutional [as] applied to these indigent [Plaintiffs] and all other members of the class

which they represent."…"At its core, the right to due process reflects a fundamental value in our

American constitutional system", Boddie v. Connecticut, 401 US 371 - Supreme Court 1971 at

374.

Respectfully Submitted,

Marc Stephens, Plaintiff, pro se

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARC A. STEPHENS,<br>Plaintiff,<br><br>v.<br><br>EQUIFAX, INC., EQUIFAX<br>INFORMATION SERVICES, LLC, AND<br>EQUIFAX CONSUMER SERVICES LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., SYNCHRONY FINANCIAL, a<br>Delaware corporation<br>PAYPAL, INC., PAYPAL HOLDINGS,<br>INC., a Delaware corporation<br>Defendants | CASE NO. 2:22-cv-01940-MCA-JBC<br><br>AFFIDAVIT TO PROCEED IN FORMA PAUPERIS |

My Issues on Appeal are:

1. Whether the District court abused its discretion and erred in granting Defendants Motion for Summary Judgment in violation of Plaintiff's right to due process and right to trial by jury.

2. Whether the District court abused its discretion and erred in dismissing the plaintiff's motion to amend the complaint in violation of appellants rights to due process.

I have exhausted all funds due to dealing with multiple court cases and personal financial issues. For the past 13 years, and as guardian of my brother Tyrone Stephens, and my mother Viola Stephens, I have been dealing with his two court cases, one in which he was framed by the Englewood Police Department for crimes he did not commit, and I have been dealing with my mother's foreclosure and PSE&G lawsuits as well. The cases are still pending in federal and State court.

I was and am also dealing with several federal cases titled Marc Stephens vs Stockton University, et al, Marc Stephens vs Christopher Brown, et al, and Marc Stephens vs Careone, et al.  In state courts, Bank of America vs Marc Stephens.  I am handling all of the above cases pro se, and was paying for all filing fees, mailing, appeals, and court fees. This court approved my request already, **EXHIBIT 1**.  On **April 26, 2026**, the final judgment was issued Denying my Motion for Reconsideration.

I expect major changes to my monthly income and expenses and liabilities during the next 12 months. My personal checking account has been closed by levies.

**I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers are true and correct.**

Respectfully submitted,

Marc Stephens, pro se
Plaintiff-Appellant
Marcstephens3@gmail.com
201-598-6268

UNITED STATES COURT OF APPEALS
for the THIRD CIRCUIT

| | | |
|---|---|---|
| Marc A. Stephens | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | No.   2:22-cv-01940-MCA-JBC |
| | ) | |
| Equifax, Inc et al | ) | |
| | ) | |
| | ) | |

**AFFIDAVIT ACCOMPANYING MOTION
FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it.  Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: ___5-1-26_____ |

My issues on appeal are:

1. Whether the District court abused its discretion and erred in granting Defendants Motion for Summary Judgment in violation of Plaintiff's right to due process and right to trial by jury.

2. Whether the District court abused its discretion and erred in dismissing the plaintiff's motion to amend the complaint in violation of appellants rights to due process.

1.    *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $NA | $0 | $NA |
| Self-employment | $0 | $ | $0 | $ |
| Income from real property (such as rental income) | $0 | $ | $0 | $ |
| Interest and dividends | $0 | $ | $0 | $ |
| Gifts | $0 | $ | $0 | $ |
| Alimony | $0 | $ | $0 | $ |
| Child support | $0 | $ | $0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $ | $0 | $ |
| Disability (such as social security, insurance payments) | $0 | $ | $0 | $ |
| Unemployment payments | $0 | $ | $0 | $ |
| Public-assistance (such as welfare) | $0 | $ | $0 | $ |
| Other (specify): | $0 | $ | $0 | $ |
| **Total monthly income:** | $0 | $ | $0 | $ |

2.    *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | None | None | $0 |

| | | | $ |
|---|---|---|---|
| | | | $ |

3.    *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None | | | $0 |
| | | | $ |
| | | | $ |

4.    *How much cash do you and your spouse have? $_____*

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | $0 | $0 |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5.    *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $0 | (Value) $ 0 | (Value) $0 |
| | | Make and year: |

| | | Model: |
|---|---|---|
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.    *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $0 | $0 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7.    *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| None | None | None |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>　　Are real estate taxes included?　　　Yes ✔ No<br>　　Is property insurance included?　　Yes ✔ No | $0 | $NA |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $88 | $ |
| Home maintenance (repairs and upkeep) | $0 | $ |
| Food | $200 | $ |
| Clothing | $0 | $ |
| Laundry and dry-cleaning | $0 | $ |
| Medical and dental expenses | $0 | $ |
| Transportation (not including motor vehicle payments) | $0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| 　　Homeowner's or renter's: | $0 | $ |
| 　　Life: | $0 | $ |
| 　　Health: | $0 | $ |
| 　　Motor vehicle: | $0 | $ |
| 　　Other: | $0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $0 | $ |
| Installment payments | | |
| 　　Motor Vehicle: | $0 | $ |
| 　　Credit card (name): | $0 | $ |
| 　　Department store (name): | $0 | $ |
| 　　Other: | $0 | $ |
| Alimony, maintenance, and support paid to others | $0 | $ |

| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $0 | $ |
|---|---|---|
| Other (specify): | $0 | $ |
| **Total monthly expenses:** | **$288** | **$** |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   Yes      ✔ No        If yes, describe on an attached sheet.

10. *Have you paid    or will you be paying    an attorney any money for services in connection with this case, including the completion of this form?*    Yes ✔ No

    *If yes, how much?* $ 0_____
    *If yes, state the attorney's name, address, and telephone number:*

11. *Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*    Yes ✔ No

    *If yes, how much?* $ 0_____
    *If yes, state the person's name, address, and telephone number:*

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*
    Due to dealing with multiple lawsuits and the Defendants creating false reports against me I am unable to work. unemployed.

13. *State the [city and state] of your legal residence.*
    Englewood New Jersey

    *Your daytime phone number:* (201) 598-6268_____

    *Your age:* 52_____    *Your years of schooling:* 15_____

# <u>EXHIBIT 1</u>

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>23-2239</u>

Stephens v. CareOne Management LLC
(D.N.J. No. 2-22-cv-00824)

To:    Clerk

1)    Motion by Appellant for leave to appeal <u>in</u> <u>forma</u> <u>pauperis</u>

---

The foregoing motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is granted. In addition to the jurisdictional issue set forth in the letter of July 19, 2023, the appeal will be submitted to a panel of this court for determination under 28 U.S.C. Section 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate.  In making this determination, the district court opinion and record will be examined.  Appellant may submit argument, which should not exceed 5 pages, in support of the appeal.  The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order. Appellee need not file a response unless directed to do so.  The Court may reconsider <u>in</u> <u>forma</u> <u>pauperis</u> status or request additional information at any time during the course of this appeal.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:  July 25, 2023
JK/cc: Marc A. Stephens
       All Counsel of Record