**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARC A. STEPHENS,<br><br>*Plaintiff*,<br><br>v.<br><br>EQUIFAX, INC., EQUIFAX INFORMATION SERVICES, LLC, EQUIFAX CONSUMER SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., SYNCHRONY FINANCIAL, PAYPAL, INC., PAYPAL HOLDINGS INC.,<br><br>*Defendants*. | Civil Action No. 22-1940<br><br>ORDER |

**THIS MATTER** having come before the Court by way of <u>pro se</u> Plaintiff Marc A. Stephens' ("Plaintiff") Application to Proceed <u>In Forma Pauperis</u> ("IFP"), ECF No. 157;

and it appearing that this Court granted summary judgment in favor of Defendants Synchrony Bank, Equifax Information Services LLC, and Experian Information Solutions Inc., ECF No. 144 ("SJ Order");

and it appearing that the Court denied Plaintiff's Motion seeking reconsideration of the Court's SJ Order, ECF No. 152;

and it appearing that Plaintiffs seek to proceed <u>IFP</u> on appeal to the Third Circuit;

and it appearing that any application to proceed <u>IFP</u> on appeal must be reviewed and granted by the district court, Fed. R. App. P. 24(a);

and it appearing that Plaintiffs satisfy the criteria to proceed <u>IFP</u>;

1

2

**IT IS** on this 29th day of May, 2026

**ORDERED** that Plaintiffs' Application to Proceed <u>IFP</u> is **GRANTED**.


Date: 05.29.2026                                      *s/ Madeline Cox Arleo*
                                                      **MADELINE COX ARLEO**
                                                      **UNITED STATES DISTRICT JUDGE**