**VENABLE LLP**
Michael A. Guerra (No. 089092013)
151 West 42nd Street, 49th Floor
New York, New York 10036
Tel.: (212) 307-5500
Fax: (212) 307-5598
maguerra@venable.com

*Counsel to Defendant Experian*
*Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARC A. STEPHENS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INC., *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-01940-MCA-JBC<br><br>Hon. Madeline Cox Arleo<br>Hon. James B. Clark |

## NOTICE OF APPEARANCE

**To:    The Clerk of Court and all parties and counsel of record**

**PLEASE TAKE NOTICE** that Michael A. Guerra of the law firm VENABLE LLP,

151 West 42nd Street, 49th Floor, New York, New York 10036, hereby enters an appearance as

counsel for Defendant Experian Information Solutions, Inc. in the above-captioned action.

Dated: June 16, 2026

Respectfully submitted,
**VENABLE LLP**

By:   */s/ Michael A. Guerra*
      Michael A. Guerra (No. 089092013)
      151 West 42nd Street, 49th Floor
      New York, New York 10036
      Tel.: (212) 307-5500
      Fax: (212) 307-5598
      maguerra@venable.com

*Counsel to Defendant Experian*
*Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this day, June 8, 2026, I served the foregoing Notice of Appearance, dated

June 8, 2026, on all appearing counsel via ECF filing and *Pro Se* Plaintiff Marc Stephens by

email at marcstephens3@gmail.com and first-class mail to:

Marc Stephens
271 Rosemont Place
Englewood, New Jersey 07631

Dated: June 16, 2026

### VENABLE LLP

By: _/s/ Michael A. Guerra_
      Michael A. Guerra (No. 089092013)