**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

June 18, 2026

**LETTER ORDER**

Re:   **Stephens v. Equifax, Inc., et al.**
        **Civil Action No. 22-1940 (MCA)**

Dear Mr. Stephens and Counsel:

Presently pending before the Court is a motion by *pro se* Plaintiff Marc A. Stephens ("Plaintiff") seeking reconsideration of the Court's May 20, 2026 Order administratively terminating Plaintiff's motion "to proceed on original records." *See* Dkt. No. 155; *see also* Dkt. No. 153. As stated in the Court's May 20, 2026 Order, Plaintiff's motion to proceed on original records sought what appeared to be appellate relief. *Id.* Under the circumstances, the Court determined such relief was "unquestioningly beyond the scope of relief that this Court may issue." Dkt. No. 155. Moreover, at that time, no formal appeal by Plaintiff had been filed. Following this Court's May 20, 2026 Order, however, Plaintiff filed a formal notice of appeal regarding several prior Court orders in this action. *See* Dkt. Nos. 160. Plaintiff's appeal is now pending before the Third Circuit. *See* Dkt. Nos. 163-164. Based on the foregoing, Plaintiff's motion for reconsideration [Dkt. No. 165] is **ADMINISTRATIVELY TERMINATED**, for substantially the same reasons expressed in the Court's May 20, 2026 Order.

    **IT IS SO ORDERED.**

                                                      *s/ James B. Clark, III*
                                                      **JAMES B. CLARK, III**
                                                      **United States Magistrate Judge**